## Commonwealth *v.* Mahon, Appellant.

Submitted December 6, 1971. *Andrea Levin* and *John W. Packel*, Assistant Defenders, and *Vincent J. Ziccardi*, Defender, for appellant; *James J. Wilson* and *Milton M. Stein*, Assistant District Attorneys, *James D. Crawford*, Deputy District Attorney, *Richard A. Sprague*, First Assistant District Attorney, and *Arlen Specter*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Mathis, Appellant.

Argued December 13, 1971. *Mark S. Refowich*, Assistant Public Defender, for appellant; *John E. Gallagher*, First Assistant District Attorney, and *Charles H. Spaziani*, District Attorney, submitted a brief for Commonwealth, appellee.

Judgment of sentence affirmed.